In the Matter of the Accounting of BANKERS TRUST COMPANY, as Executor of BLANCHE BARCLAY, Deceased Trustee under the Will of GEORGE C. BARCLAY, Deceased, Respondent. ELIZABETH B. PENNINK et al., Appellants; WILLIAM S. OVEREND, Special Guardian for JUNIUS S. MORGAN, II, and Another, Infants, and for Unborn Persons, Respondent.

Argued October 11, 1954; decided November 18, 1954.

*C. Alexander Capron,* in person, special guardian for Margaret M. Barclay, infant, appellant, and *Nathaniel T. Winthrop* for Elizabeth B. Pennink and another, appellants.

*William K. Allison* and *Robert B. Lisle* for Sylvia B. Bibby, appellant.

*Edward B. Twombly* and *Stephen J. Lucey* for Joan R. Burchenal and another, appellants.

*William S. Overend,* special guardian for Junius S. Morgan, II, and another, infants, and others, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.